# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE MALDONADO,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>MICROSOFT CORP., a corporation; and DOES 1 to 50, inclusive,<br><br>　　　　Defendants. | CASE NO. CV 16-8457-GW(SSx)<br><br>**ORDER GRANTING DISMISSAL WITH PREJUDICE** |

# **ORDER**

The stipulation submitted by Plaintiff Jose Maldonado and Defendant Microsoft Corporation (D.E. 11) is approved. The entire action by Plaintiff Maldonado, including all claims and allegations stated therein against Defendant Microsoft and DOES 1-50 (D.E. 1-1), is hereby dismissed with prejudice.

**IT IS SO ORDERED**

Dated: June 16, 2017

_____
GEORGE H. WU, U.S. District Judge